```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDUARDO AGUILAR,

                                 Plaintiff,                       19-CV-07135 (SN)

                -against-                                         ORDER

NYC SABLE INC., et al.,

                                 Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on March 17, 2020, jointly submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 20. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable.

On March 20, 2020, defendants filed a request for a conference to modify the proposed settlement agreement (ECF No. 21), despite having executed the proposed settlement and jointly authoring a letter arguing the Court should adopt the same as fair and reasonable. The application is DENIED as defendants have not made a showing that the settlement agreement is invalid and have not provided an adequate legal basis upon which the Court may modify the agreement.

## CONCLUSION

The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: March 24, 2020
New York, New York